UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM STREGE,<br><br>                  Plaintiff,<br><br>    -against-<br><br>URANIUM ONE, ET AL.,<br><br>                  Defendants. | 23-CV-10711 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

On December 27, 2023, the Court received a "motion to dismiss" from Plaintiff, advising that he wishes to withdraw his complaint. (ECF 6.)

The Court grants Plaintiff's request to withdraw this action. The Court dismisses this action without prejudice under Fed. R. Civ. P. 41(a). This order closes this case.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    January 2, 2024
             New York, New York

                                            /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                          Chief United States District Judge